UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARRIE VAUGHN,

        Plaintiff,

    v.                                   Case No. 20-cv-562-JPG

ETHICON, INC. and JOHNSON & JOHNSON,

        Defendants.

## ORDER

      This matter comes before the Court for case management purposes.  On November 9, 2020, the defendants filed notice that this case has settled in principle and asked for a stay until the settlement is complete, which they expect to take several months (Doc. 81).  In light of the potential settlement, the Court **STAYS** this case and **ORDERS** the defendants to file a status report in March 2021, every September and March thereafter, and within 30 days of completion of the settlement.  In the meantime, the Court **DENIES without prejudice** the motions pending in this case (Docs. 63-67), which will be reinstated if the settlement falls through.

**IT IS SO ORDERED.**
**DATED:  November 10, 2020**

                              s/ J. Phil Gilbert_____
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**