UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARRIE VAUGHN,

Plaintiff,

v.

ETHICON INC., et al.,

Defendants.

Case No.: 20-562 JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on a stipulation of dismissal (doc. 85). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: July 13, 2021

*s/J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE